# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2015

Robert P. Young, Jr.,
Chief Justice

151401

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JOSEPH RICHARD DEMSKI,
    Plaintiff-Appellee,

v

              SC: 151401
              COA: 322193
              Berrien CC: 12-003323-DP

CASSIDIE ANN PETLICK, f/k/a
CASSIDIE ANN POINTER, and
JEFFREY PETLICK,
    Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the March 5, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2015         

p0916                   Clerk